UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2451-MWF(ASx)**                    Dated: **December 21, 2016**

Title:      Christian Menendez -*v*- Intermountain Lock and Security Supply Co., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                              None Present
Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice of Settlement filed December 19, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 23, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk   __cw__
CIVIL - GEN

-1-