Sarine C. Sahatjian (SBN 205595)
Danny Yadidsion (SBN 260282)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
SahatjiS@jacksonlewis.com
Danny.Yadidsion@jacksonlewis.com

Attorneys for Defendant
INTERMOUNTAIN LOCK AND
SECURITY SUPPLY CO.

Jay S. Rothman (SBN 49739)
Lowell W. Finson (SBN 275586)
Jay S. Rothman & Associates
21900 Burbank Boulevard, Suite 210
Woodland Hills, CA 91367
Telephone: (818) 986-7870
Facsimile: (818) 990-3019
lawyers@jayrothmanlaw.com
lfinson@jayrothmanlaw.com

JS-6

Attorneys for Plaintiff
CHRISTIAN MENENDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MENENDEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> INTERMOUNTAIN LOCK AND SECURITY SUPPLY CO., INC. a Utah corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:16-cv-02451-MWF-AS <br><br> [Assigned for all purposes to the Hon. Michael W. Fitzgerald, Courtroom 1600] <br><br> **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**; ORDER <br><br> Complaint filed: March 8, 2016 <br> Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Christian Menendez and Defendant Intermountain Lock and Security Co., by and through their respective counsel of record, that the entire above-captioned action is dismissed with prejudice in accordance with the terms of a confidential written settlement agreement entered into between the parties.

IT IS HEREBY SO AGREED.

DATED:  February 6, 2017                JACKSON LEWIS P.C.


                                        By:   /s/ Danny Yadidsion
                                              Sarine C. Sahatjian
                                              Danny Yadidsion

                                              Attorneys for Defendant
                                              INTERMOUNTAIN LOCK AND
                                              SECURITY SUPPLY CO.


DATED:  February 6, 2017                JAY S. ROTHMAN & ASSOCIATES


                                        By:   /s/ Lowell W. Finson
                                              Jay S. Rothman
                                              Lowell W. Finson

                                              Attorneys for Plaintiff
                                              CHRISTIAN MENENDEZ


IT IS SO ORDERED




Dated: February 22, 2017
                                        _____
4828-7078-2784, v. 1                    Honorable Michael W. Fitzgerald
                                        United States District Judge

CASE NO.  **2:16-cv-02451-MWF-AS**        2              **JOINT STIPULATION OF
                                                   DISMISSAL OF ENTIRE ACTION
                                                          WITH PREJUDICE**